JAMES DULANEY, PLAINTIFF-PETITIONER, v. CIVIL SER-
VICE COMMISSION, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 85 *N. J. Super.* 86.

*Messrs. Zucker, Brach & Eichler* for the petitioner.

*Mr. Arthur J. Sills* and *Mrs. Marilyn Loftus Schauer* for the respondents.

December 7, 1964.

VICTOR L. WOODHULL, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. J. RAYMOND MANAHAN, *ET AL.*, DEFENDANTS-RE-
SPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 85 *N. J. Super.* 157.

*Messrs. Corbin, Hoyt & Watson* for the petitioners.

*Messrs. Riker, Danzig, Scherer & Brown* and *Messrs. Porzio, Bromberg & Newman* for the respondents.

December 14, 1964.